UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ARESEAN RICHARDSON | : | CIVIL ACTION NO. |
| VERSUS | : | JUDGE |
| OLD REPUBLIC INSURANCE COMPANY, INS INSURANCE, INC., SCHNEIDER NATIONAL CARRIERS, INC., AND JOHN W. CAMPBELL | : | MAGISTRATE JUDGE |

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes INS INSURANCE, INC., a Defendant in the captioned matter, who, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, makes the following disclosures:

1. That it is a corporate party to an action or proceeding in district court and that it identifies any parent corporations as follows:

    Schneider National, Inc.
    3101 S. Packerland Drive
    P.O. Box 2545
    Green Bay, Wisconsin 54306

2. All publicly held companies, if any, that own ten percent (10%) or more of the named party's stock: None.

                               Respectfully submitted,
                               **The Dill Firm, A.P.L.C.**

                               */s/ G. Austin Love*
BY:                   _____
                               JAMES M. DILL (Bar Roll #18868)
                               G. AUSTIN LOVE (Bar Roll #36554)
                               825 Lafayette Street
                               Post Office Box 3324
                               Lafayette, Louisiana 70502-3324
                               Telephone: (337) 261-1408 Ext. 1211
                               Facsimile: (337) 261-9176
                               ATTORNEY FOR OLD REPUBLIC INSURANCE
                               COMPANY, SCHNEIDER NATIONAL
                               CARRIERS, INC., INS INSURANCE, INC., AND
                               JOHN W. CAMPBELL

## **CERTIFICATE**

     **I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon counsel for all parties to this proceeding by mailing the same to each by first class United States mail, properly addressed, postage prepaid, at the last known address.

     Lafayette, Louisiana, this 26th day of January, 2021.

                                           */s/ G. Austin Love*
                         _____
                                         G. AUSTIN LOVE