UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ARESEAN RICHARDSON | : | CIVIL ACTION NO. |
| VERSUS | : | JUDGE |
| OLD REPUBLIC INSURANCE COMPANY, INS INSURANCE, INC., SCHNEIDER NATIONAL CARRIERS, INC., AND JOHN W. CAMPBELL | : | MAGISTRATE JUDGE |

## **CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes SCHNEIDER NATIONAL CARRIERS, INC., a Defendant in the captioned matter, who, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, makes the following disclosures:

1. That it is a corporate party to an action or proceeding in district court and that it identifies any parent corporations as follows:

   Schneider National, Inc.
   3101 S. Packerland Drive
   P.O. Box 2545
   Green Bay, Wisconsin 54306

2. All publicly held companies, if any, that own ten percent (10%) or more of the named party's stock:

   Schneider National, Inc. is a publicly held company that owns 10% or more of Schneider National Carriers, Inc.'s stock.

Respectfully submitted,
**The Dill Firm, A.P.L.C.**

BY: */s/ G. Austin Love*
_____
JAMES M. DILL (Bar Roll #18868)
G. AUSTIN LOVE (Bar Roll #36554)
825 Lafayette Street
Post Office Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408 Ext. 1211
Facsimile: (337) 261-9176
ATTORNEY FOR OLD REPUBLIC INSURANCE COMPANY, SCHNEIDER NATIONAL CARRIERS, INC., INS INSURANCE, INC., AND JOHN W. CAMPBELL

## **CERTIFICATE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon counsel for all parties to this proceeding by mailing the same to each by first class United States mail, properly addressed, postage prepaid, at the last known address.

Lafayette, Louisiana, this 26th day of January, 2021.

*/s/ G. Austin Love*
_____
G. AUSTIN LOVE